# IN THE SUPREME COURT OF THE STATE OF NEVADA

VAL GRIGORIAN, AN INDIVIDUAL,
Appellant,
vs.
JPMORGAN CHASE BANK, N.A.,
Respondent.

No. 78877

**FILED**

FEB 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Chief Judge, The Eighth Judicial District Court
Hon. David Barker, Senior Judge
Persi J. Mishel, Settlement Judge
Greene Infuso, LLP
Smith Larsen & Wixom
Eighth District Court Clerk

20-06453